Judge N.R. Smith, concurring in part and concurring in the judgment: I join the majority with respect to its analysis and disposition of Pattison’s Fifth and Fourteenth Amendment claims relating to the introduction of evidence from his stay at the mental health facility. I do not join its analysis of Pattison’s claim that his conviction and sentence are invalid because the prosecution took advantage of Pattison’s post-arrest silence, in violation of the Fifth and Fourteenth Amendments. I would decline to reach the merits of this claim. Pattison raised this claim in the state courts and in the district court within the context of ah ineffective assistance of counsel claim. He never pleaded this claim independent of his ineffective assistance of counsel claim, as he now does on appeal. We declined to grant Pattison a certificate of appealability on any of his ineffective assistance of counsel claims. Therefore, this claim is not properly before us.